JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO FABIAN SANTOS MACIAS, | Case No. 5:26-cv-03235-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOSHUA JOHNSON, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: June 23, 2026

_____
/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE